PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
David W. Reid, Bar No. 267382
dreid@pacifictrialattorneys.com
Victoria C. Knowles, Bar No. 277231
vknowles@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA  92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKA RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>BLAZE PIZZA, LLC, a California entity, d/b/a WWW.BLAZEPIZZA.COM,<br><br>Defendant. | Case No. 3:25-cv-01850-AJB-DEB<br><br>**PLAINTIFF'S SUPPLEMENTAL BRIEF IN RESPONSE TO ORDER TO SHOW CAUSE (ECF NO. 8)**<br><br>Filed: July 19, 2025<br>Trial: None Set |

## PLAINTIFF'S SUPPLEMENTAL BRIEF

Plaintiff Rebeka Rodriguez ("Plaintiff") filed the instant action against Defendant Blaze Pizza, LLC ("Defendant") on July 19, 2025, asserting causes of action arising under the Federal Wiretap Act (18 U.S.C. § 2511), the California Invasion of Privacy Act (Cal. P. Code § 638.51) and intrusion upon seclusion.

On September 23, 2025, the Court issued an Order to Show Cause (ECF No. 8) ("OSC") regarding the propriety of venue for this action in the United States District Court for the Southern District of California.

As set forth in the Declaration of Rebeka Rodriguez (ECF No. 9), Plaintiff resides in San Diego County and the events giving rise to her claim in this action occurred while at her residence in San Diego County, California, in January 2025. (ECF No. 9, ¶¶ 2, 3). As such, venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2).

In the Court's OSC, the Court references the case, *Rodriguez v. Cinder Block Merchandise LLC*, No. 25STCV21276 (Cal. Sup. Ct. filed July 18, 2025) ("*Cinder Block*"). The *Cinder Block* case was properly filed in Los Angeles County based on the defendant's principal address on the California Secretary of State website being listed as 3120 W. Empire Ave., Burbank, CA 91504. (ECF No. 10, ¶ 3).

In its OSC, the Court also references *Rodriguez v. AMF Bowling Centers, Inc.*, No. 2:25-cv-07478 (C.D. Cal. filed Aug. 12, 2025), Doc. No. 2 ("*AMF Bowling*"). Though in the *AMF Bowling* cover sheet my office inadvertently indicated Ms. Rodriguez's county of residence was San Bernardino County rather than San Diego County, venue for the *AMF Bowling* matter is nonetheless proper in the Central District of California pursuant to 28 U.S.C. § 1391(b)(3) because the defendant in *AMF Bowling* is subject to personal jurisdiction in the Central District based on its numerous physical locations through the Central District. (ECF No. 10, ¶ 4). However, the *AMF Bowling* matter is nonetheless being dismissed without prejudice and being refiled in the Southern District of California based on 28 U.S.C. § 1391(b)(2) with a corrected case cover sheet. (ECF No. 10, ¶ 5).

Dated:  October 7, 2025                    PACIFIC TRIAL ATTORNEYS, APC

By:_____
Scott. J. Ferrell
Attorneys for Plaintiff

- 3 -
COMPLAINT

## CERTIFICATE OF SERVICE

I, Scott J. Ferrell, an attorney, certify that on October 7, 2025, I filed the foregoing **PLAINTIFF'S SUPPLEMENTAL BRIEF IN RESPONSE TO ORDER TO SHOW CAUSE (ECF NO. 8)** via the Court's CM/ECF electronic filing system. A copy of said document will be electronically transmitted to all counsel of record.

*/s/ Scott J. Ferrell*
Scott J. Ferrell